UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Criminal Case No.  05-342-02 (RCL) |
| ) | 05-342-16 (RCL) |
| **JESUS ANTONIO MURILLO-LENIS (2)**) | |
| ) | |
| and   ) | |
| ) | |
| **JAIME HERNAN GUTIERREZ-** ) | |
| **DIAZ (16)** ) | |
| ) | |
| Defendants**.** ) | |
| _____) | |

## PROPOSED ORDER OF DETENTION

Upon consideration of the Government' motion to detain Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz without bond pending trial pursuant to 18 U.S.C. § 3142 and the record herein, it is, this _____ day of _____, 2007,

ORDERED, that the Government's motion is granted and that Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz will be held without bond pending trial. In support of this ruling, the Court makes the following findings:

1. There is a presumption that Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz should be detained because they has been charged by Indictment with an offense for which a maximum term of imprisonment of ten years of more is prescribed under the Controlled Substances Act. 18 U.S.C. § 3142(e).

2. Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz have no significant ties to the United States and their personal characteristics support the conclusion that they are a risk of

flight if released.

3.  Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz are a danger to the community in general as a result of their drug trafficking activities.

4.  Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz have not rebutted the presumption contained in the Bail Reform Act and accordingly, no condition or combination of conditions will reasonably assure the appearance of the defendants at trial. <u>See</u> 18 U.S.C. § 3142(e).

5.  Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz shall be committed to the custody of the Attorney General for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. 18 U.S.C. § 3142(i)(2).

6.  Jesus Antonio Murillo-Lenis and Jaime Hernan Gutierrez-Diaz shall be afforded reasonable opportunity for private consultation with counsel.  18 U.S.C. § 3142(i)(3).

> _____
> HONORABLE ROYCE C. LAMBERTH
> UNITED STATES DISTRICT COURT JUDGE
> THE DISTRICT OF THE DISTRICT OF COLUMBIA

cc:   Patrick H. Hearn, Trial Attorney
       Narcotic and Dangerous Drug Section
       U.S. Department of Justice
       1400 New York Ave., N.W.,
       Washington, D.C. 20530
       patrick.hearn@usdoj.gov

       David Zapp
       Attorney for Jaime Hernan Gutierrez-Diaz
       7 East 94th Street

Suite 1  
New York, NY 10128  
718-855-3895  
718-855-8924 fax