NOTICE OF APPEARANCE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON   DC   20001-2800**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| *v* ) | **Criminal N⁰   05-342-02 (RCL)** |
| ) | |
| ) | |
| **JESUS ANTONIO MURILLO LENIS** ) | |

TO:   NANCY MAYER–WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)


✔ CJA              ☐ RETAINED         ☐ FEDERAL PUBLIC DEFENDER


*Joseph Virgilio*

(Signature)


PLEASE  PRINT  THE  FOLLOWING  INFORMATION:

Joseph Virgilio 237370

(Attorney & Bar ID Number)


(Firm Name)

1629 K Street NW | Suite 300

(Street Address)

Washington         DC         20006-1631

(City)         (State)         (Zip)

202.686.6914

(Telephone Number)