UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *v* | : | Criminal No. 05 342-02 (RCL) |
| JESUS ANTONIO MURILLO LENIS | : | |

### MOTION FOR ORDER TO TRANSFER DEFENDANT TO THE CORRECTIONAL TREATMENT FACILITY

The defendant, Jesus Antonio Murillo Lenis, by and through his attorney, Joseph Virgilio, respectfully moves this Honorable Court for an order to have him housed at the Correctional Treatment Facility (CTF). In support of his request, Mr. Murillo Lenis states:

1. Defendant Murillo Lenis has been housed at the DC Jail since his initial arraignment held on December 12, 2007. Mr Murillo Lenis is a foreign national with no ties to the United States. The defendant was extradited from Colombia in the above-captioned case for incidents that are alleged to have occurred in Colombia. To counsel's knowledge, Mr Murillo Lenis has never been to the United States.

2. Prior to his extradition from Colombia, Mr Murillo Lenis had been detained for well over a year, since August 2006.

3. The DC Jail does not accept money, sent via Western Union, to detainees. A DC Jail detainee must have his family send a US Postal Money Order or a Bank Draft drawn on a bank with US branches. CTF allows inmates to receive funds from Western Union, resulting in direct deposits into the inmate's commissary account.

4. Mr Murillo Lenis can neither purchase a phone card to communicate with others or purchase items from the commissary (toiletries, writing materials or stamps) as a consequence of not being able to receive money from family and friends.

5. Defendant Murillo Lenis is, in all likelihood, going to be detained locally for well over a year based on the particular facts of his case. Detention at CTF appears to be the appropriate accommodation when all facts are considered.

## CONCLUSION

**WHEREFORE**, defendant Murillo Lenis requests this Court to order his transfer to the CTF at the earliest date possible.

Respectfully submitted,

*Joseph Virgilio*

Joseph Virgilio (Bar No. 237370)
1629 K Street NW
Suite 300
Washington   DC   20006-1631
202.686.6914
*Counsel for Defendant Murillo Lenis*