UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v | : | Criminal No. 05 342-02 (RCL) |
| **JESUS ANTONIO MURILLO LENIS** | : | |

**O R D E R**

Upon consideration of the defendant's motion for an order to be transferred to the Correctional Treatment Facility, 1901 E Street SE, Washington DC 20003, and any opposition or lack thereof, it is on this ____ day of _____ 2007, hereby

**ORDERED** that defendant **Jesus Antonio Murillo Lenis** (**DCDC 317-223**; DOB December 28, 1955) shall be transported at the earliest possible date to the Correctional Treatment Facility at 1901 E Street SE, Washington DC 20003.

　
**ROYCE C LAMBERTH**
United States District Judge

Copies to:

Warden William J Smith, CCE
Central Detention Facility
DC Department of Corrections
1901 D Street SE
Washington   DC   20003
Fax:  202.698.4877

Warden John Caulfield
Central Treatment Facility, CCA
1901 E Street SE
Washington   DC   20003
Fax:  202.698.3301

Joseph Virgilio, Esquire
1629 K Street NW
Suite 300
Washington   DC   20006-1631

Patrick H Hearn, Esquire
Trial Attorney
United States Department of Justice
1400 New York Avenue NW
Washington   DC   20530