UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| *v* | : | **Criminal No. 05 342-02 (RCL)** |
| **JESUS ANTONIO MURILLO LENIS** | : | |

**O R D E R**

Upon consideration of the Government's Motion Under the Speedy Trial Act, and defense opposition, it is this _____ day of _____, 2008, hereby

**ORDERED** that the Government's motion is DENIED.

_____
**ROYCE C LAMBERTH**
United States District Judge