UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FILED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v | * | Criminal № 05-342-02 (RCL) |
| | * | |
| JESUS ANTONIO MURILLO LENIS | * | |

ORDER

Upon consideration of defendant's oral motion for transfer to the District of Columbia Department of Corrections Central Treatment Facility ("CTF"), 1901 E Street SE, Washington DC, The lack of any opposition by the government, and for good cause shown, this Court hereby **GRANTS** the motion and it is hereby

**ORDERED** that the District of Columbia Department of Corrections immediately transfer defendant Jesus Antonio Murillo Lenis, DCDC № 317-223, to CTF.

**SO ORDERED** this _22nd_ day of January 2008.

Royce C. Lamberth
Royce C Lamberth
United States District Judge

Copies to:

Joseph Virgilio, Esquire
1629 K Street NW
Suite 300
Washington DC 20006

Patrick H Hearn, Esquire
US Department of Justice
1400 New York Avenue NW
Washington DC 20530

Maria Amato
General Counsel
DC Department of Corrections
1923 Vermont Avenue NW
Washington DC 20001
Fax: 202.671.2514

Warden William J Smith, CCE
Central Detention Facility
1901 D Street SE
Washington DC 20002
Fax: 202.698.4877

Warden John Caulfield
Central Treatment Facility
1901 E Street SE
Washington DC 20003
Fax: 202.698.3301