UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED**<br>JAN 2 2 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| Plaintiff, | ) | |
| v. | ) | |
| JESUS ANTONIO MURILLO-LENIS, | ) | CRIMINAL NO. 05-342-02 (RCL) |
| GARETH DAVITON LEWIS, | ) | CRIMINAL NO. 05-342-05 (RCL) |
| ENRIQUE OYOLA-ROPERO, | ) | CRIMINAL NO. 05-342-12 (RCL) |
| SERGIO RENE DE MARTINI-TAMAYO, | ) | CRIMINAL NO. 05-342-14 (RCL) |
| JAIME HERNAN GUTIERREZ-DIAZ, | ) | CRIMINAL NO. 05-342-16 (RCL) |
| GERMAN VILLEGAS-MEJIA, | ) | CRIMINAL NO. 05-342-17 (RCL) |
| ALFREDO LUIS PERALTA-CARRILLO, | ) | CRIMINAL NO. 05-342-25 (RCL) |
| Defendants. | ) | |

## ORDER

It is hereby

ORDERED that the Government shall file its proposed groupings of defendants for trial in this case no later than February 8, 2008. Defendants shall file any opposition or comments no later than February 28, 2008. It is further hereby

ORDERED that defendants shall file all motions seeking suppression of evidence obtained via overseas searches and wiretaps no later than February 22, 2008. Any opposition

relating to standing, jurisdiction, or justiciability shall be filed no later than March 20, 2008. Replies to such opposition shall be due April 10, 2008. The Court will set a separate schedule for briefing on substantive issues and possible evidentiary hearings.

The Court will hold a status conference on April 16, 2008 at 12:30 p.m. in defendant Enrique Oyola-Ropero's case. The court will hold status conferences and motions hearings for all other defendants on April 16, 2008 at 2:00 p.m.

SO ORDERED.

_____          _____
United States District Judge Royce C. Lamberth          Date

1/22/08