UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| *v* | * | Criminal Nº 05-342-02 (RCL) |
| **JESUS ANTONIO MURILLO LENIS** | * | |

**MOTION FOR ENLARGEMENT OF TIME TO FILE SUPPRESSION MOTIONS
AND FOR AN ORDER REQUIRING TIMELY DISCLOSURE OF EVIDENCE**

Counsel for JESÚS ANTONIO MURILLO LENIS respectfully requests that the Court grant an enlargement of time to file motions and for an order requiring timely disclosure of evidence.

Counsel has made efforts to obtain discovery from the government by letters sent on December 13 and 16, 2007, and by letter and e-mail sent on February 12, 2008. However, the government has not yet disclosed any information to counsel beyond that which is contained in the detention memorandum filed on December 13, 2007 and in six disks containing telephone calls intercepted in Colombia. These disks do not contain any affidavits in support of the government's request for extradition of the defendant nor information concerning provisional arrest warrants and search warrants served in this case.[1]  Therefore, counsel is not able at this time to file any motions seeking suppression of evidence as ordered by this Court on January 22, 2008.

Counsel also requests the Court to order the disclosure of facts and information under the requirements of the Fifth, Sixth and Fourteenth Amendments of the United States

---

[1] The six disks contain both wiretapped conversations, summaries of conversations and some transcripts. However, in an e-mail sent on January 4, 2008 and again on February 4, 2008, counsel pointed out to the government that the disks do not contain any extradition documents for Mr Murillo as outlined in the government's letter to counsel that accompanied these disks on December 21, 2007. Counsel cross-checked the disks that were supposed to contain the extradition information with those disks provided to another attorney in this case and found that co-counsel's disks did in fact contain information relating only to the extradition of the co-defendant.

Constitution and the Federal Rules of Criminal Procedure. Counsel likewise reserves the right to argue for whatever legal remedies are required by the information received from the government including—but not limited to—venue, jurisdiction, justiciability, suppression of evidence seized overseas by foreign agents whether at our request or not, any motions for suppression based on consular or treaty violations and those rights recognized by the United Nations, the Courts of the United States of America, and the United States Constitution. Counsel reserves all rights on behalf of defendant Murillo.

**WHEREFORE**, defendant respectfully requests that the court grant this motion.

Respectfully submitted,

*Joseph Virgilio*

Joseph Virgilio (Bar N° 237370)
1629 K Street NW
Suite 300
Washington DC 20006-1631
202.686.6914
*Attorney for Jesus Antonio Murillo Lenis*
(Appointed by the Court)