UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| *v* | * | Criminal Nº 05-342-02 (RCL) |
| **JESUS ANTONIO MURILLO LENIS** | * | |

**O R D E R**

Upon consideration of the Defendant's Motion and the Government's response it shall be and hereby is

**ORDERED** that the defendant´s motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Government disclose facts and information about overseas searches, seizures, wiretaps and other evidence by _____ ____ , 2008; and it is

**FURTHER ORDERED** that Defense motions are due thirty days after disclosure of the above-reference evidence.

**SO ORDERED** this ____ day of _____ 2008.

_____
**ROYCE C LAMBERTH**
United States District Judge