UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v | * | Criminal № 05-342-02 (RCL) |
| JESUS ANTONIO MURILLO LENIS | * | |

## MOTION FOR USE OF LAW LIBRARY

Defendant, JESUS ANTONIO MURILLO, through undersigned counsel hereby moves the Court to order the DC Department of Corrections Central Treatment Facility (DCDC/CTF) to permit defendant to use the law library on such days, twice-weekly, that the DCDC/CTF designates.

Defendant's access to the law library will permit him to listen to the wiretapped conversations that comprise the discovery in this case and to assist counsel in his defense.

A proposed *Order* is attached.

**WHEREFORE**, defendant moves the Court to grant this motion.

Respectfully submitted,

*Joseph Virgilio*

Joseph Virgilio (Bar № 237370)
1629 K Street NW
Suite 300
Washington DC 20006
202.686.6914
ATTORNEY FOR JESUS ANTONIO MURILLO LENIS
(Appointed by the Court)