THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case Number: 05-CR-0342 RCL |
| JESUS MURILLIO LENIS, | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

Mister/Madam Clerk:

    Please note the appearance of ANTHONY D. MARTIN, Esquire, on behalf of the Defendant JESUS MURILLIO LENIS.

                                             Respectfully submitted,
                                             ANTHONY D. MARTIN, PC

                          By:    _____
                                           Anthony D. Martin, Esquire
                                           BELLE POINT OFFICE PARK
                                           7841 Belle Point Drive
                                           Greenbelt, MD 20770
                                           (301220-3700; (301) 220-0791 (fax)

                                           *Attorney for Jesus Murillio-Lenis*