UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal Case No. 05-342-24 (RCL) |
| | ) | |
| ARCHBOLD MANNER, ET AL. | ) | |
| (Jose Hugo Alvarez-Lozano, Jesus | ) | |
| Antonio Murillo-Lenis; Enrique | ) | |
| Oyola-Ropero, German Villegas-Mejia, | ) | |
| Gerardo Tobon-Rojas, Ranfer Manuel | ) | |
| Rios-Mercado,Juan Eduardo | ) | |
| Perez-Rincon, Fernando Zapata-Bermudez) | ) | |
| | ) | |
| **Defendants**. | ) | |
| _____ | ) | |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME AND NEW MOTIONS HEARING DATE

The United States, by and through Patrick Hearn, Trial Attorney, Department of Justice Criminal Division, Narcotic and Dangerous Drug Section, respectfully request of this Honorable Court to grant a three-week extension of time to file response motions and to reschedule the motions hearing originally set for August 14, 2008.

At the last status hearing on June 13, 2008, the Court ordered the attorney for Jose Hugo Alvarez-Lozano to file motions on behalf of all defendants by June 27, 2008.  The Court also ordered as to Jesus Antonio Murillo-Lenis (Murillo), Ranfer Manuel Rios-Mercado (Rios), Gareth Daviton Lewis, Carlos Delgado-Gomez, Enrique Oyola-Ropero (Oyola), Sergio Rene de Martini-Tamayo, Jose Hugo Alvarez-Lozano (Alvarez), Jaime Hernan Gutierrez-Diaz, German Villegas-Mejia (Villegas), Gerardo Tobon-Rojas (Tobon), Fernando Zapata-Bermudez (Zapata), Juan Eduardo Perez-Rincon (Perez), and Alfredo Luis Peralta-Carrillo, that motions to suppress were due by July 7, 2008 and

oppositions were due by July 23, 2008.  Additionally, a motion hearing was set for August 14, 2008.

On June 27, 2008, defendant Alvarez, on behalf of all defendants, filed the following motions: Motion for Witnesses Statements in Original Language, Motion for Government to Obtain All Prior Witness Statements, Motion for Government to Make Law Enforcement Agents Available, and Motion for Early Disclosure of Confidential Informant Witnesses.  On June 28, 2008, defendant Alvarez, on behalf of all defendants, filed a Motion for a Schematic of Interrelatedness of Conspiracy.

On July 9, 2008, defendants Rios, Oyola, Alvarez, Villegas, Tobon and Zapata filed a Motion to Extend Time to File Pretrial Motions which was granted by the Court on July 10, 2008.

On July 14, 2008, defendant Perez filed a Motion to Dismiss the Indictment for Lack of Venue.

On July 16, 2008, defendants Rios, Oyola, Alvarez, Villegas, Tobon and Zapata filed another Motion to Extend Time to File Pretrial Motions which was granted by the Court on July 18, 2008.  On July 18, 2008, defendants Murillo, Rios, Alvarez, Villegas, Tobon and Zapata filed a Joint Motion to Suppress Evidence, and, on July 21, 2008, filed a Joint Motion for Production of Missing Discovery and a Joint Motion for Production of Wiretap Calls.

Also on July 21, 2008, defendants Tobon, Villegas, Rios and Zapata filed a Joint Motion to Sever Count Four and a Motion to Dismiss Indictment on Due Process Grounds.

On July 22, 2008, defendants Rios, Villegas, Tobon and Zapata filed a Motion to Dismiss Count One, or in the Alternative, Motion for a Bill of Particulars.

Also on July 22, 2008, defendants Rios, Oyola, Alvarez, Villegas, Tobon and Zapata filed the following motions:  Motion for Preliminary Determination of Conspiracy and Pretrial Ruling on the Admissibility of Coconspirators' Statements, Motion for Timely Disclosure of Identity of Informants, and Motion for Timely Disclosure of Impeaching Evidence and Jencks Material.

On July 24, 2008, defendants Murillo, Rios, Alvarez, Villegas, Tobon and Zapata filed a Joint Motion to Suppress Evidence.

Defendants in total filed fifteen motions totaling ninety-seven pages raising numerous novel and complex issues which require a response by the Government.  The Government is requesting an additional three weeks from the date of this motion to respond to these defense motions.  The Government has contacted or has attempted to contact defense counsel who have filed motions.  All defense counsel are unopposed to the government's request for three weeks to respond except for Diane Lepley, attorney for defendant Rios, who is opposed; Heather Shaner, attorney for defendant Alvarez, and Todd Merer, attorney for defendant Perez, who have not responded to voicemail left by the Government.

If the Government's request for extension of time is granted by the Court, the Government will file by August 13, 2008 which will necessitate a new hearing date to allow defense counsel to prepare, review and respond to the Government's motions.  Due to the unavailability of defense counsel during the last two weeks of August, the Government respectfully requests the hearing on August 14, 2008 be rescheduled during

the first week of September, or, alternatively, the August 14, 2008 hearing be changed to

a status hearing to schedule a motions hearing date.  All defense counsel are unopposed

to the rescheduling of the hearing except Diane Lepley, attorney for defendant Rios, who

is opposed; Cynthia Katkish, attorney for defendant Villegas, who is only available

August 21-23, 2008; Mitchell Seltzer, attorney for defendant Zapata, who is unavailable

the last two weeks in August; Heather Shaner, attorney for defendant Alvarez, and Todd

Merer, attorney for defendant Perez, who have not responded to voicemail left by the

Government.

> WHEREFORE counsel respectfully requests that this motion be granted.

Dated: June 28, 2008

> Respectfully submitted,
>
> JULIUS ROTHSTEIN, Acting Chief
> Narcotic and Dangerous Drug Section
>
>
> /s/_____
> Patrick H. Hearn
> Trial Attorney
> Narcotic and Dangerous Drug Section
> U.S. Department of Justice
> 1400 New York Avenue, N.W.
> Washington, DC 20005
> (202) 305-7606

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Government's Motion for Extension of Time
and New Motions Hearing Date was sent via ECF on July 24, 2008 to:

> Heather Shaner, attorney for Jose Hugo Alvarez-Lozano;
> Anthony Martin, attorney for Jesus Antonio Murillo-Lenis;
> Ron Earnest, attorney for Enrique Oyola-Ropero;
> Cynthia Katkish, attorney for German Villegas-Mejia;
> Howard Katzoff, attorney for Gerardo Tobon-Rojas;
> Diane Lepley, attorney for Ranfer Manuel Rios-Mercado;

Todd Merer, attorney for Juan Eduardo Perez-Rincon; and
Mitchell Seltzer, attorney for Fernando Zapata-Bermudez.

/s/_____

Patrick H. Hearn
Trial Attorney