# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal Case No. 05-342-24 (RCL) |
| | ) | |
| ARCHBOLD MANNER, ET AL. | ) | |
| (Jose Hugo Alvarez-Lozano, Jesus | ) | |
| Antonio Murillo-Lenis; Enrique | ) | |
| Oyola-Ropero, German Villegas-Mejia, | ) | |
| Gerardo Tobon-Rojas, Ranfer Manuel | ) | |
| Rios-Mercado, Juan Eduardo | ) | |
| Perez-Rincon, Fernando Zapata-Bermudez) | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

## ORDER

Upon consideration of the motion of the government, for an extension of time and new motions hearing date, it is this _____ day of _____ 2008, hereby

**ORDERED,** that the government's motion is **GRANTED.**

Further **ORDERED** that the Government shall file responses to defendants' motions by August 13, 2008 and that on _____ day of _____ 2008 a _____ hearing shall be held.

 

                                                                                            _____
Honorable Royce C. Lamberth
U.S. District Chief Judge
United States District Court
for the District of Columbia