UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal Case No. 05-342-24 (RCL) |
| ) | |
| ARCHBOLD MANNER, ET AL. ) | |
| (Jose Hugo Alvarez-Lozano, Jesus ) | |
| Antonio Murillo-Lenis; Enrique ) | |
| Oyola-Ropero, German Villegas-Mejia, ) | |
| Gerardo Tobon-Rojas, Ranfer Manuel ) | |
| Rios-Mercado, Juan Eduardo ) | |
| Perez-Rincon, Fernando Zapata-Bermudez) ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

## GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME

The United States, by and through Patrick Hearn, Trial Attorney, Department of Justice Criminal Division, Narcotic and Dangerous Drug Section, respectfully request of this Honorable Court to grant a extension of time to file response motions until August 10, 2008.

The Government yesterday filed a Motion for Extension of Time and New Motions Hearing Date. At the time of filing, the Government was under the belief that one defense counsel opposed the motion. Subsequent to filing, the Government learned other defense counsel had concerns regarding moving of the motions hearing date. Consequently, the Government is requesting until August 10, 2008 to file responses to defense motions.

Government counsel has spoken to Mitchell Seltzer, attorney for Fernando Zapata-Bermudez, who, in turn, has spoken to Diane Lepley, attorney for Ranfer Manuel

Rios-Mercado, Howard Katzoff, attorney for Gerardo Tobon-Rojas, and Heather Shaner, attorney for Jose Hugo Alvarez-Lozano, who have stated they are unopposed to an August 10, 2008 filing date and are in agreement that the motions hearing date should remain on August 14, 2008.  Additionally, the Government contacted the following attorneys regarding the new response date and the motions hearing date remaining on August 14, 2008:

> Tony Martin, attorney for Jesus Antonio Murillo-Lenis, left voicemail
> Ron Earnest, attorney for Enrique Oyola-Ropero, unopposed
> Cynthia Katkish, attorney for German Villegas-Mejia, unopposed
> Todd Merer, attorney for Juan Eduardo Perez-Rincon, unopposed

WHEREFORE, based on the Government's reasons stated in the Government's first Motion for Extension of Time, the Government respectfully requests to be given until August 10, 2008 to file its responses to defense motions and that the hearing date remain scheduled for August 14, 2008.

Respectfully submitted,

JULIUS ROTHSTEIN, Acting Chief
Narcotic and Dangerous Drug Section

/s/_____
Patrick H. Hearn
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, DC 20005
(202) 305-7606

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Government's Motion for Extension of Time and New Motions Hearing Date was sent via ECF on July 24, 2008 to:

> Heather Shaner, attorney for Jose Hugo Alvarez-Lozano;

Anthony Martin, attorney for Jesus Antonio Murillo-Lenis;
Ron Earnest, attorney for Enrique Oyola-Ropero;
Cynthia Katkish, attorney for German Villegas-Mejia;
Howard Katzoff, attorney for Gerardo Tobon-Rojas;
Diane Lepley, attorney for Ranfer Manuel Rios-Mercado;
Todd Merer, attorney for Juan Eduardo Perez-Rincon; and
Mitchell Seltzer, attorney for Fernando Zapata-Bermudez.

/s/_____
Patrick H. Hearn
Trial Attorney