UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )   )   **Plaintiff,** )   )   v. )   )   ARCHBOLD MANNER, ET AL. )   (Jose Hugo Alvarez-Lozano, Jesus )   Antonio Murillo-Lenis; Enrique )   Oyola-Ropero, German Villegas-Mejia, )   Gerardo Tobon-Rojas, Ranfer Manuel )   Rios-Mercado,Juan Eduardo )   Perez-Rincon, Fernando Zapata-Bermudez) )   )   **Defendants**. )   ) | Criminal Case No. 05-342-24 (RCL) |

## ORDER

Upon consideration of the motion of the government, for an extension of time, it is this _____ day of _____ 2008, hereby **ORDERED,** that the government's motion is **GRANTED.**

It is further **ORDERED**, the government shall file its responses by August 10, 2008 and a hearing on the motions shall be held August 14, 2008.

_____
Honorable Royce C. Lamberth
U.S. District Chief Judge
United States District Court
for the District of Columbia