UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 05-CR-0342 RCL |
| JESUS MURILLO LENIS, | : | |
| Defendant. | : | |

**ORDER**

This matter is before the court on a Motion Filed by JESUS ANTONIO to direct the government to provide notice of its intent to use evidence of prior arrests, convictions, or bad acts alleged to have taken place in this country or any other. This motion is made under *Fed. R. Evid*. 404(b) and *Fed. R. Crim*. P. 16.

The motion further seeks production of all evidence, documents, records of judgments and convictions, photographs and tangible evidence, and information pertaining to any judgments and convictions or prior bad acts. This request also includes his "rap" sheet and/or NCIC computer check on the name JESUS ANTONIO MURILLO-LENIS or any other name or alias the government believes was used by him in the past.

After having reviewed the record of trial to date and the government's position; IT APPEARS TO THE COURT that it is in the interest of justice to grant the motion.

WHEREFORE, IT IS ORDERED that the government provide the information sought no later than _____, 2008.

_____
J U D G E