UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case Number: 05-CR-0342 RCL |
| JESUS MURILLO LENIS, | : |
| Defendant. | : |

**MOTION TO ADOPT MOTIONS
FILED ON BEHALF OF CO-DEFENDANTS**

    JESUS ANTONIO MURILLO-LENIS, through his court-appointed attorney, Anthony D. Martin, moves to adopt the pre-trial, trial and post-trial motions of all co-defendants, unless he otherwise specifically opts out in writing or on the record in open court.  This motion to adopt contemplates any and all relief sought by any co-defendants.

*Prayer*

    WHEREFORE, Defendant respectfully requests that the motion be granted and that he be permitted to join in the motions of his co-defendants' unless he specifically opts out in writing or on the record.

Respectfully submitted,

By:_____
Anthony D. Martin, 362-537
BELLE POINT OFFICE PARK
7841 Belle Point Drive
Greenbelt, MD 20770; (301) 220-0791(fax)

*Attorney for Jose Antonio Murillo-Lenis*