**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 05-CR-0342 RCL |
| | : | |
| | : | |
| JESUS MURILLO LENIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

This matter is before the court on a Motion filed by JESUS ANTONIO MURILLO-LENIS to adopt the motions of his co-defendants. After having reviewed the motion, its attachments and any opposition thereto, the court finds there is good reason to grant the motion.

WHEREFORE, IT IS ORDERED, this _____ day of _____,2008    that JESUS ANTONIO MURILLO-LENIS is permitted to join in all motions filed by other co-defendants, and

IT IS FURTHER ORDERED, that he will be deemed to have joined in the motions of his co-defendants unless he specifically opts out in writing or on the record during open sessions of the court.

_____
J   U   D   G   E

Date of Filing:_____