UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
:
      Plaintiff,  :
:
v.  :   Case Number: 05-CR-0342 RCL
:
:   FILED
JESUS MURILLO LENIS,  :
:   AUG 1 1 2008
      Defendant.  :
_____:   Clerk, U.S. District and
                       Bankruptcy Courts

### ORDER

This matter is before the court on a motion for enlargement of time in which to file pre-trial motions. *until 8/23/08.*

It appears to the court that it is in the interest of justice to have the issue addressed prior to trial

**WHEREFORE,** the IT IS ORDERED, this *11th* day of August 2008, that the defendant's motion is GRANTED and that the government will file its reply to the response to its motion to admit uncharged misconduct and/or bad acts before the trial date.

                                              Roger C. Lamberth
                                              J U D G E