AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

    Plaintiff(s)  )
)
)  **APPEARANCE**
)
)
    vs.  )  CASE NUMBER  CR-05-342-RCL
Alvaro Serrano Archbold-Manner, et al  )
)
    Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Teresa A. Wallbaum   as counsel in this
                                  (Attorney's Name)

case for:   United States of America
           (Name of party or parties)

August 14, 2008
Date

*/s/ Teresa A. Wallbaum*
Signature

Teresa A. Wallbaum
Print Name

Illinois # 6211941
BAR IDENTIFICATION

1400 New York Ave, NW
Address

Washington, DC 20530
City      State      Zip Code

(202) 616-5193
Phone Number