UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Case No.   05-342-02 (RCL) |
| | ) | |
| **JESUS ANTONIO MURILLO-LENIS (2)** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**GOVERNMENT'S RESPONSE IN NON-OPPOSITION TO DEFENDANT'S MOTION FOR NOTICE OF INTENT TO INTRODUCE UNCHARGED MISCONDUCT AND PRIOR CONVICTIONS**

I.   INTRODUCTION

The United States, by and through its attorney, Patrick H. Hearn, Trial Attorney, Narcotic and Dangerous Drug Section, United States Department of Justice, hereby respectfully presents this government's response to defendant's motion for notice of intent to introduce uncharged misconduct and prior convictions.

The Court ordered the government to respond to defendant's motion by August 22, 2008. Previously, all defendants had moved to adopt all motions filed by individual defendants, which the Court granted. In response to this specific motion and the Court's order the government did file a motion seeking to introduce FRE 404(b) evidence against defendant German Villegas. However, in doing so the goverment failed to respond directly to defendant Murrillo's motion. The government moves for the Court's permission file its response in non-opposition to defendant's motion for notice of intent to introduce uncharged misconduct and prior convictions.

**Uncharged misconduct**

The government is unaware, at this time, of any uncharged conduct related to this defendant and the other defendants, who are seeking a trial, which is outside the scope of the case and conspiracy and would required admission into evidence pursuant to FRE 404(b).

**Prior Conviction**

The government does not object to defendant request for information related to prior convictions.  The government, at this time, is unaware of any prior convictions for this defendant or the others, save defendant German Villegas.  The government will make all efforts through it resources to determine if in fact any defendant has a prior conviction or convictions.

        Respectfully submitted
        WAYNE RAABE, Actin Chief
        Narcotics and Dangerous Drug Section

        /s/
        Patrick H. Hearn
        Trial Attorney
        Narcotics and Dangerous Drug Section
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Washington, D.C.  20005
        (202) 305-7606

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 23 day of August, 2008, a copy of the foregoing Government's Response was served via ECF to counsel of record.

        /s/
        Patrick H. Hearn