UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal Case No. 1:05-cr-00342-RCL |
| **ARCHBOLD-MANNER** | ) | |
| | ) | |
| | ) | |
| | ) | |

NOTICE OF ADDITION OF COUNSEL

The United States of America informs the Court that Trial Attorney Paul Laymon is to be added to this case as counsel of record. Please enter their appearance in this matter as counsel for the United States of America.

Dated this 26th day of August 2008.

Respectfully submitted,

_____/s/_____
Paul Laymon
Trial Attorney,
United States Deapartment of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W. Suite 11406
Washington, DC 20530
Phone:   (202) 514-1286
Fax:     (202) 514-0483
E-Mail:  paul.laymon@usdoj.gov

Case 1:05-cr-00342-RCL    Document 250    Filed 08/26/2008    Page 2 of 2