UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | CR. NO. 05-342 (RCL) |
| ) | |
| ALVARO SERRANO ARCHBOLD- ) | |
| MANNER, et. al., ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S NOTICE TO DEFENDANTS REGARDING PROVISION OF SPANISH-ENGLISH TRANCRIPTS BY SEPTEMBER 1, 2008**

The United States of America, by and through the undersigned attorney, hereby informs the defendants that transcripts in both Spanish and English of the calls to be admitted at trial will be sent via FEDEX or courier to each counsel of record, for delivery on Tuesday, September 2, 2008, given that September 1 is a federal holiday (Labor Day). However, in compliance with the Court's order to provide the transcripts by September 1, 2008, lead counsel Patrick Hearn will make the transcripts available for counsel to pick up on September 1, 2008, between 11:00 a.m. and 3 p.m., at the offices of the Narcotic and Dangerous Drug Section, Criminal Division, U.S. Department of Justice, 1400 New York Avenue NW, Suite 800, Washington, DC 20530, for those defense attorneys who contact him at 202-305-7606 prior to 5 p.m. on Friday, August 29, 2008. If Mr. Hearn does not receive a call from defense counsel by that time, the transcripts will be delivered on Tuesday, September 2, 2008.

Respectfully submitted,

Wayne Raabe, Acting Chief
Narcotics and Dangerous Drug Section


\_\_\_\_/s/_____
James A. Faulkner
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.  20005
(202) 305-7606

### CERTIFICATE OF SERVICE

The undersigned certifies that on August 27, 2008, the above Notice was sent via ECF counsel for the defendants.


\_\_\_\_/s/_____
James A. Faulkner
Trial Attorney
U.S. Department of Justice
Narcotic and Dangerous Drug Section