## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Case No. 05-342 (RCL) |
| | ) |
| **JESUS ANTONIO MURILLO-LENIS (2)** | ) |
| a.k.a. "Leni," | ) |
| a.k.a. "Muri," | ) |
| | ) |
| **RANFER MANUEL RIOS MERCADO (3)** | ) |
| | ) |
| **CARLOS DELGADO-GOMEZ** | ) |
| a.k.a. "Carlanga" (10) | ) |
| | ) |
| **ENRIQUE OYOLA-ROPERO (12)** | ) |
| | ) |
| **JOSE HUGO ALVAREZ-LOZANO (15)** | ) |
| | ) |
| **JAIME HERNAN GUTIERREZ-DIAZ (16)** | ) |
| | ) |
| **GERMAN VILLEGAS-MEJIA (17)** | ) |
| a.k.a. "El Doctor," | ) |
| | ) |
| **GERARDO TOBON-ROJAS (18)** | ) |
| a.k.a. "Mateo," | ) |
| | ) |
| **FERNANDO ZAPATA-BERMUDEZ (19)** | ) |
| | ) |
| **JUAN EDUARDO PEREZ-RINCON (24)** | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S POSITION ON DIVISION OF TRIAL DEFENDANTS AND SUGGESTED GROUPINGS FOR TRIAL**

The United States, by and through its attorney, Patrick H. Hearn, Trial Attorney, Narcotic and Dangerous Drug Section, United States Department of Justice, hereby respectfully submits to the court its position regarding the division of trial defendants in this matter and the suggested groupings of the defendants for trial.

On August 15, 2008 the Court issued an Order requesting the government submit suggested groupings of the defendants for trial. Previously, the court had separated the defendants into two groups for jury trial. The first group scheduled for jury trial October 1, 2008, consists of four defendants Murrillo, Oyola, Tobon, and Delgado. The second group scheduled for jury trial December 1, 2008 consists of six defendants Alvarez, Guiterrez, Villegas, Perez, Rios and Zapata. The government would suggest that defendant Villegas be moved to the first group. Defendant Tobon is currently in the first group and the government will be submitting evidence that will be inclusive of both Tobon and Villegas. Specifically, surveillance, photos, video and telephone calls of Tobon and Villegas conspiring with each other to transport cocaine.

### III.   Conclusion

For all of the foregoing reasons, the Government respectfully requests that the defendants be grouped for trial as suggested by the government.

Dated: September 1, 2008

>Respectfully submitted
>KEN BLANCO, Chief
>Narcotics and Dangerous Drug Section
>
>/s/
>_____
>Patrick H. Hearn

        Trial Attorney
        Narcotics and Dangerous Drug Section
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Washington, D.C.  20005
        (202) 305-7606

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the forgoing Government's Position on Division of Trial Defendant's and Suggested Groupings for Trial was sent to all defense counsel for the defendants via ECF on September 1, 2008.

        /s/
        Patrick H. Hearn
        Trial Attorney
        U.S. Department of Justice