UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | CR. NO. 05-342 (RMC) |
| ) | |
| ALVARO SERRANO ARCHBOLD- ) | |
| MANNER, et. al., ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S MOTION TO EXTEND DEADLINE TO SEPTEMBER 11, 2008 UPON WHICH TO MAKE AVAILABLE PHYSICAL EVIDENCE TO DEFENSE COUNSEL**

The United States of America, by and through the undersigned attorney, hereby respectfully moves the Court for an extension of the September 8, 2008 deadline upon which the government is to make available to defense counsel the physical evidence it intends to produce at trial.  Previously, on August 15, 2008 the Court issued an Order requiring the government to make available to defense counsel all physical evidence it intends to produce at trial.  The government respectfully requests an extension of the deadline to September 11, 2008, to make available to defense counsel the physical evidence[1] seized from the M/V Dan Viking.  In support the government states the following:

The physical evidence obtained from the interdiction of the Dan Viking is currently located in Miami, Florida due to the pendency of two appeals arising from the

---

[1] Except for the cocaine sample which will be made available on Friday, September 5, 2008.  As an alternative the Government can have the cocaine sample available on Wednesday, September 11, 2008.  See Government's Notice of Evidence Availability, filed this same date, Wednesday, September 3, 2008.

convictions of two Dan Viking crew members in the Southern District of Florida (Case No. 06-cr-20226). The Government will make this physical evidence available to defense counsel for inspection in Miami, Florida on September 11, 2008 from 1 p.m. to 5 p.m. at Federal Bureau of Investigation (FBI), Miami Division, North Miami Beach, Florida.

The Government has attempted to make the evidence available on or before September 8, 2008. To that end, the Government's counsel have made numerous telephone calls to the FBI agent and the Assistant United States Attorney assigned to the case seeking to make the evidence available on or before September 8, 2008. Due to the amount of evidence, the fact that it is in storage and must be moved to allow for inspection and the schedules of the FBI Special Agents and Assistant United States Attorney, September 11, 2008 is the first possible date when the physical evidence, the FBI Special Agents and the Assistant United States Attorney from the Southern District of Florida are available to allow for inspection of the physical evidence. The Assistant United States Attorney and both of the FBI case agents will be outside of the Miami, Florida jurisdiction from September 8th through September 10th due to a previously scheduled coordinated debriefing that cannot be rescheduled.

Additionally, in an effort to assist defense counsel, Government counsel met with one of the FBI Special Agent's who assisted with the prosecution of the Dan Viking's seven crew members in the Southern District of Florida to ascertain pertinent information with respect to the physical evidence seized from the Dan Viking. Accordingly, the Government informs defense counsel of the following:

1) Search warrants were executed on all of the cellular phones seized from the Dan Viking. Nothing of evidentiary value, exculpatory or otherwise, was obtained as a result of the execution of these search warrants.

2) No bulk cash was seized as a result of the interdiction of the Dan Viking. All currency was found either on the detainees' persons or in their cabins. With the exception of some of the foreign currency, the currency was deposited by the U.S. Marshals. Specific information with respect the amount and type of currency seized has either previously been provided to defense counsel in discovery or will be provided by the September 8, 2008 deadline.

3) The Government is not in possession of the three sets of car keys or the vehicles found on the Dan Viking. Indeed, the vessel and the majority of the vessel's cargo, including the vehicles, were turned over to the Government of Panama because the Dan Viking was flying a Panamanian flag.

4) An analysis of the laptop and computer discs seized from the Dan Viking revealed nothing of evidentiary value, exculpatory or otherwise.

If defense attorneys intend to view the physical evidence on September 11, 2008 they must contact lead counsel Patrick Hearn at 202-305-7606 prior to 5 p.m. on Monday, September 8, 2008 in order that the appropriate arrangements to schedule an appointment can be made and to notify the FBI, DEA and the U.S. Attorney's Office. Furthermore, should defense counsel be unable to view the evidence on September 11, 2008 the government will make all reasonable efforts to accommodate defense counsel with an alternative date.

Respectfully submitted,

Wayne Raabe, Acting Chief
Narcotics and Dangerous Drug Section


_____/s/_____
Patrick H. Hearn
Trial Attorney
Narcotics and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.

Washington, D.C.  20005<br>(202) 305-7606

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 3, 2008, the above Notice was sent via ECF counsel for the defendants.

/s/
Patrick H. Hearn
Trial Attorney
U.S. Department of Justice
Narcotic and Dangerous Drug Section