UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALVARO SERRRANO )<br>ARCHBOLD-MANNER, *et al.* )<br>)<br>Defendants. )<br>) | CRIMINAL NO. 05-342 (RCL)<br><br>**FILED**<br>SEP - 4 2008<br>Clerk, U.S. District and<br>Bankruptcy Courts |

### ORDER

Upon consideration of the Government's motion to extend the deadline for the government to produce and make available to defense counsel physical evidence seized from the M/V Dan Viking it intends to produce at trail, it is, this 4th day of September, 2008,

ORDERED, that the Government's motion is granted and that the government shall have until September 11, 2008, to produce and make available to defense counsel physical evidence from the M/V Dan Viking which it intends to produce at trial.

SO ORDERED.

_____          _____
Chief Judge Royce C. Lamberth                    Date