## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Case No. 05-342 (RCL) |
| ) | |
| **JESUS ANTONIO MURILLO-** ) | |
| **LENIS (2)** ) | |
|     a.k.a. "Leni," ) | |
|     a.k.a. "Muri," ) | |
| ) | |
| **RANFER MANUEL RIOS** ) | |
| **MERCADO (3)** ) | |
| ) | |
| **CARLOS DELGADO-GOMEZ** ) | |
|     a.k.a. "Carlanga" (10) ) | |
| ) | |
| **ENRIQUE OYOLA-ROPERO (12)** ) | |
| ) | |
| **JOSE HUGO ALVAREZ-LOZANO (15)** ) | |
| ) | |
| **JAIME HERNAN GUTIERREZ-** ) | |
| **DIAZ (16)** ) | |
| ) | |
| **GERMAN VILLEGAS-MEJIA (17)** ) | |
|     a.k.a. "El Doctor," ) | |
| ) | |
| **GERARDO TOBON-ROJAS (18)** ) | |
|     a.k.a. "Mateo," ) | |
| ) | |
| **FERNANDO ZAPATA-** ) | |
| **BERMUDEZ (19)** ) | |
| ) | |
| **JUAN EDUARDO PEREZ-** ) | |
| **RINCON (24)** ) | |
| ) | |
| Defendants. ) | |

## **GOVERNMENT'S NOTICE OF INTENT TO USE EVIDENCE**

The United States of America, by and through the undersigned attorney, hereby informs the Court, defendant's counsel, and the defendants of the physical evidence the government intends to introduce at trial and its availability for review by defense counsel. On August 15, 2008, the Court ordered the government to make available to defense counsel all physical evidence that it intends to introduce at trial. To clarify issues regarding the physical evidence and its availability for review by defense counsel the government would state the following:

1. The government will have provided all physical evidence that it intends to introduce at trial to defense counsel by September 8, 2008, with one exception: the cocaine sample seized from the M/V Dan Viking. However, by September 8, 2008, the government will have provided pictures of said sample, and will make available such sample for inspection by defense counsel in Washington, DC on or about September 11, 2008, depending on developments with Hurricane Ike.[1] With the exception of the physical evidence provided by the September 8, 2008 deadline, the physical evidence located in Miami seized from the M/V Dan Viking will not be introduced at trial. However, as stated in prior pleadings, the government will continue to

---

[1] To that end, the government will have provided by September 8, 2008, in addition to the DEA lab reports for the sample seized from the MV Dan Viking, at least 24 pictures of said cocaine and sample from the DEA laboratory documenting the sealed container of the cocaine sample with stickers, notations, and writing visible. Defense counsel, unable to view the sample on September 5, 2008 in Miami, as proposed by the government, requested to view the sample at DOJ offices in Washington, D.C on September 8, 2008. The government has made all reasonable attempts to get the sample to Washington, D.C. by that date, but has been unable to do so. As an alternative, however, the government believes it will have the sample in Washington D.C. by September 11, 2008, with the caveat that Hurricane Ike could delay the delivery.

    make reasonable efforts and accommodations for defense counsel to view physical evidence in this case regardless of its use by the government at trial.

2. The government has in its possession physical evidence obtained by the Colombian government in conjunction with the defendants' arrests. The government does not intend to introduce this evidence at trial. However, the government will make this evidence available for inspection by defense counsel at the government's offices on September 8, 2008 or a later agreed upon date.

        Respectfully submitted,

        Wayne Raabe, Acting Chief
        Narcotics and Dangerous Drug Section

        _____/s/_____
        Patrick H. Hearn
        Trial Attorney
        Narcotics and Dangerous Drug Section
        U.S. Department of Justice
        1400 New York Avenue, N.W.
        Washington, D.C. 20005
        (202) 305-7606

## CERTIFICATE OF SERVICE

    The undersigned certifies that on September 5, 2008, the above Notice was sent via ECF counsel for the defendants.

        _____/s/_____
        Patrick H. Hearn
        Trial Attorney
        U.S. Department of Justice
        Narcotic and Dangerous Drug Section