UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 05-CR-0342 RCL |
| JESUS MURILLO LENIS, | : | |
| Defendant. | : | |

**ORDER**

This matter is before the court on a motion for enlargement of time in which to file a motion for rule on witnesses and disclosure of movement.

It appears to the court that it is in the interest of justice to have the issue addressed prior to trial

**WHEREFORE,** the IT IS ORDERED, this _____ day of September, 2008, that the defendant's motion is GRANTED and that the government will file a response to the motion no later than _____, 2008.

J U D G E