UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
|     v. | )   CR. NO. 05-342 (RCL) |
| | ) |
| **ALVARO SERRANO ARCHBOLD-MANNER, et. al.,** | ) |
| Jesus Antonio Murillo-Lenis(2), | ) |
| Ranfer Rios-Mercado (3), | ) |
| Carlos Delgado-Gomez (10), | ) |
| Enrique Oyola-Ropero (12), | ) |
| Jose Hugo Alvarez-Lozano (15), | ) |
| Jaime Hernan Gutierrez-Diaz (16), | ) |
| German Villegas-Mejia (17), | ) |
| Gerardo Tobon-Rojas (18), | ) |
| Fernando Zapata-Bermudez (19), and | ) |
| Juan Eduardo Perez-Rincon (24) | ) |
| | ) |
|     **Defendants.** | ) |

### GOVERNMENT'S MOTION FOR TRIAL NOT TO BE IN SESSION ON FRIDAYS

The United States of America respectfully requests that the trial in the above captioned case, scheduled to begin on October 1, 2008, not be in session on Fridays for the duration of the proceedings. The government anticipates bringing numerous Spanish-speaking witnesses into the United States from the sovereign nation of Colombia, and having Fridays off will provide adequate time to meet with these witnesses prior to their testimony and arrange for the presence of interpreters required during those meetings.

    WHEREFORE, the government requests that the Court grant its Motion For Trial Not To Be In Session On Fridays.

Respectfully submitted,


Wayne Raabe, Acting Chief
Narcotic and Dangerous Drug Section

  /s/   *Mary E. Mogavero*
MARY E. MOGAVERO
Trial Attorney,
United States Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W., Suite 11406
Washington, DC 20530
Phone:  (202) 305-2795
Fax:     (202) 514-6112
E-Mail: Mary.Mogavero@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that, on this 17th day of September, 2008, a copy of the foregoing Motion for Trial Not To Be In Session On Fridays was filed electronically with the Clerk of the Court and served on all counsel of record through the electronic case filing system.


  /s/   *Mary E. Mogavero*
Mary E. Mogavero
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
1400 New York Ave NW
Washington, DC 20530
202-305-2795