UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CR. NO. 05-342 (RCL) |
| | ) |
| **ALVARO SERRANO ARCHBOLD-MANNER, et. al.,** | ) |
| **Jesus Antonio Murillo-Lenis(2),** | ) |
| **Ranfer Rios-Mercado (3),** | ) |
| **Carlos Delgado-Gomez (10),** | ) |
| **Enrique Oyola-Ropero (12),** | ) |
| **Jose Hugo Alvarez-Lozano (15),** | ) |
| **Jaime Hernan Gutierrez-Diaz (16),** | ) |
| **German Villegas-Mejia (17),** | ) |
| **Gerardo Tobon-Rojas (18),** | ) |
| **Fernando Zapata-Bermudez (19), and** | ) |
| **Juan Eduardo Perez-Rincon (24)** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the government's "Motion for Trial Not to be in Session on Fridays," the Court hereby **ORDERS** that the government's motion is **GRANTED**.

DATE: _____

_____
CHIEF JUDGE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT