UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JESUS ANTONIO MURILLO-LENIS (2)**)<br>)<br>Defendant. )<br>_____) | Criminal Case No. 05-342-02 (RCL) |

### PROPOSED ORDER DENYING DEFENDANT'S MOTION FOR SEQUESTRATION ORDER AND DISCLOSURE OF MOVEMENT TO DATE

Upon consideration of the defendant's "Motion for Sequestration Order and Disclosure of Movement to Date," and the Government's Response thereto, it is, this _____ day of _____, 2008,

ORDERED, that the Defendant's motion is denied.

_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE
THE DISTRICT OF THE DISTRICT OF COLUMBIA

cc:   Patrick H. Hearn, Trial Attorney
      Narcotic and Dangerous Drug Section
      U.S. Department of Justice
      1400 New York Ave., N.W.,
      Washington, D.C. 20530
      patrick.hearn@usdoj.gov

      Anthony D. Martin
      Attorney for Jesus Murillo Lenis
      Belle Point Office Park
      7841 Belle Point Drive
      Greenbelt, MD 20770